UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUAN JESUS CHAIDEZ,

    Plaintiff,

  v.

ALAMEDA COUNTY, et al.,

    Defendants.

Case No. 21-cv-04240-RS

**STANDBY ORDER OF DISMISSAL**

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates.

The parties are required to file a stipulation of dismissal by **August 19, 2024** or a written explanation showing cause why the case should not be dismissed. If no response to this order is filed, the case will be dismissed without further notice.

**IT IS SO ORDERED.**

Dated: June 14, 2024

_____
Richard Seeborg
Chief United States District Judge