TIMOTHY P. MURPHY, ESQ. (SBN 120920)
JAMES G. GILYARD, ESQ. (SBN 220791)
EDRINGTON, SCHIRMER & MURPHY LLP
2300 Contra Costa Boulevard, Suite 450
Pleasant Hill, CA 94523-3936
Telephone: (925) 827-3300
Facsimile: (925) 827-3320
Email: tmurphy@esmlawfirm.com

GOV'T CODE §610

Attorneys for Defendant
COUNTY OF ALAMEDA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUAN CHAIDEZ

    Plaintiff

v.

ALAMEDA COUNTY, a municipal corporation; WELLPATH COMMUNITY CARE, LLC, a corporation; MARIA MAGAT, in her individual capacity as a doctor in Santa Rita Jail; and DOES 1 through 50, inclusive

    Defendants.

Case No.: 3:21-CV-04240-RS

**STIPULATION FOR DISMISSAL WITH PREJUDICE [FED. R. CIV. P. 41(a)(1)(A)(ii)] AND ORDER**

    Plaintiff, JUAN CHAIDEZ, by and through their undersigned attorney of record, and defendants COUNTY OF ALAMEDA, through their respective undersigned attorneys of record, hereby stipulate as follows:

    WHEREAS all parties to this action (the "Settling Parties") have reached a mutual and amicable settlement and have entered into a separate agreement for settlement of this action, the terms of which are set forth in writing in the "Settlement Agreement and Release of All Claims" ("the Settlement Agreement"), to fully and finally resolve all matters concerning the Settling Parties without trial;

    WHEREAS the Settlement Agreement covers all the claims between the Settling Parties

in this action; and

    WHEREAS the Settling Parties agree to pay their own attorneys' fees and costs; and

    WHEREAS there are no further issues for the Court to resolve as between the Settling Parties,

    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that defendant COUNTY OF ALAMEDA be dismissed with prejudice from the above-captioned action, thereby resulting in dismissal of the entire action, with prejudice.

IT IS SO STIPULATED.

DATED: September 11, 2024        POINTER & BUELNA, LLP

By    */s/ Ty Clarke*
    Adante D. Pointer, Esq.
    Patrick M. Buelna, Esq.
    Ty Clarke, Esq.
    Attorneys for Plaintiff
    JUAN CHAIDEZ

DATED: September 11, 2024        EDRINGTON, SCHIRMER & MURPHY LLP

By    */s/ Timothy P. Murphy*
    Timothy P. Murphy, Esq.
    James G. Gilyard, Esq
    Attorneys for Defendant
    COUNTY OF ALAMEDA

## ATTESTATION

I hereby attest that I have obtained the concurrence of plaintiff's attorney to the filing of this document.

              _____/s/ Timothy P. Murphy_____

              TIMOTHY P. MURPHY, Attorney
              For Defendants, County of Alameda

## ORDER

Having reviewed the foregoing Stipulation, and good cause appearing, it is hereby ORDERED that defendant COUNTY OF ALAMEDA is dismissed with prejudice from the above-captioned action, each party to bear its/his/her/their own attorneys' fees and costs. The entire action is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated: 9/11/2024           _____
                 The Honorable Richard Seeborg
                 Chief District Judge